IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEARTLAND FAMILY SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| NETSMART TECHNOLOGIES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on joint motion of the parties to continue the Rule 26 deadline (Filing No. 16). The Court finds that the motion should be granted. Accordingly,

IT IS ORDERED that the parties shall file their Rule 26(f) report within three weeks after the Court rules on defendant's motion to dismiss.

DATED this 7th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court